ENTER / JS-6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

OCT 15 2009

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DARRELL SHORTT,<br>　　　　Petitioner,<br>　　vs.<br>E. "ERNIE" ROE, WARDEN,<br>　　　　Respondent. | Case No. CV 99-3806-AHS (RNB)<br><br>**JUDGMENT** |

In accordance with the Ninth Circuit's September 9, 2009 Mandate,

IT IS ADJUDGED that the operative Second Amended Petition for Writ of Habeas Corpus is conditionally granted as follows: Respondent shall discharge petitioner from all adverse consequences of his conviction in Los Angeles County Superior Court Case No. A451256 unless, within ninety (90) days, the State decides to retry petitioner.

Dated: October 15, 2009.

ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE

Presented by:

Robert N. Block
United States Magistrate Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 16 2009

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

1